OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

July 28, 2006

TO: *Delaware Correctional Center*
*ATTN: Business Office*
*P.O. Box 500*
*Smyrna, DE 19977*

RE: *Return of Check for Inmate Filing Fees,*
*Check # 13256, dated 7/19/06.*

Enclosed check, *#13256* is being returned by the Clerk's Office without action. It appears that subject check is written off the account of inmate Charles B. Trawick, SBI #476399.

Be advised that the Court issued an order on 9/9/04, dismissing the complaint without prejudice, *relieving Mr. Trawick of any previously assessed fees or the $150.00 filing fee.*

We are returning this check directly to the Business Office since your office issued it. Please contact me directly if you have a question, at 302-573-6170.

Sincerely,

BY: _____
Deputy Clerk

PETER T. DALLEO
CLERK

cc: Financial Administrator
Mr. Charles B. Trawick, SBI #476399, D.C.C.
The Honorable Joseph J. Farnan Jr., Civ. No. 04-830 JJF

CHARLES B. TRAWICK V. FIRST CORRECTIONAL MEDICAL

CA 04-830-JJF
CASE #1

| DATE | FUND | RECEIPT | AMOUNT | BALANCE |
|---|---|---|---|---|
| 7/20/2004 | | | | 150 |
| 9/8/2004 | PER ORDER JJF | | 150 | 0 |
| | | | | 0 |
| | | | | 0 |
| | | | | 0 |
| | | | | 0 |
| | | | | 0 |
| | | | | 0 |
| | | | | 0 |

---

**Check:**

Charles Trawick
# 476399
CA# 04-830-JJF

DELAWARE CORRECTIONAL CENTER
INMATE ACCOUNT
SMYRNA, DELAWARE

Check No. 13256
Date: 7/19/06
Pay to the order of: U.S. District Court — $2.10
$2.10 DOLLARS

PNC BANK
PNC Bank, Delaware 080
Wilmington, DE

VOID AFTER 60 DAYS

AMOUNT OF CHECK: 2.10